IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U.S. CARD PARTNER SERVICES, INC.,  :
                                   :
          Plaintiff,               :
                                   :
     v.                            :     C.A. No.: 06-283 JJF
                                   :
DREW SCOPELLITI,                   :     JURY TRIAL DEMANDED
                                   :
          Defendant.               :

## STIPULATION TO EXTEND TIME

The parties, by and through counsel, hereby stipulate and agree to extend the time for

Defendant to answer or otherwise respond to the Complaint until June 12, 2006.

**RICHARD R. WIER, JR., P.A.**

_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

**SMITH KATZENSTEIN & FURLOW LLP**

_____
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302)652-8400

SO ORDERED this _____ day of May 2006.         _____