IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. CARD PARTNER SERVICES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 06-283 JJF |
| : | |
| DREW SCOPELLITI, : | JURY TRIAL DEMANDED |
| : | |
| Defendant. : | |

## STIPULATION TO EXTEND TIME

The parties, by and through counsel, hereby stipulate and agree to extend the time for Defendant to answer or otherwise respond to the Complaint until July 12, 2006.

| **RICHARD R. WIER, JR., P.A.** | **SMITH KATZENSTEIN & FURLOW LLP** |
|---|---|
| /s/ Richard R. Wier, Jr. | /s/ Laurence V. Cronin |
| Richard R. Wier, Jr. (#716) | Laurence V. Cronin (#2385) |
| Daniel W. Scialpi (#4146) | 800 Delaware Avenue, 7th Floor |
| Two Mill Road, Suite 200 | P.O. Box 410 |
| Wilmington, DE 19806 | Wilmington, DE 19899 |
| (302)888-3222 | (302)652-8400 |

SO ORDERED this _____ day of June 2006.   _____