IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. CARD PARTNER SERVICES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. NO. 06-283 JJF |
| v. | ) |
| | ) |
| DREW SCOPELLITI, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Court Rule 41(a)(1), plaintiff voluntarily dismisses this action without prejudice.

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Laurence V. Cronin_

Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for plaintiff

July 24, 2006

10016008.WPD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July 2006, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served on the following via e-filing:

>Richard R. Wier, Jr.
>Richard R. Wier, Jr., P.A.
>Two Mill Road, Suite 200
>Wilmington, DE 19806

/s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)